**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE LOPEZ,<br>Plaintiff,<br>vs.<br>PORSCHE CARS NORTH AMERICA, INC., and DOES 1 to 50,<br>Defendants. | Case No.: 2:26-cv-11915 CAS (RAOx)<br><br>ORDER ON STIPULATION TO REMAND CASE TO STATE COURT |

Per the stipulation of the Parties, the case is ordered remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

DATED: October 27, 2026

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE